**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| MARILYN MATLOCK, Individually, | § | |
| as representative of the estate of | § | |
| DUDLEY MARK MATLOCK, Deceased, | § | |
| and as next friend for | § | |
| REBECCA RUTH MATLOCK, a minor; | § | |
| and PAUL STEVEN MATLOCK, | § | |
| Plaintiffs, | § | CIVIL ACTION NO. 2:06-CV-28 (TJW) |
| | § | |
| v. | § | |
| | § | |
| SILAS BROWN, Individually and d/b/a | § | |
| SILAS EXPRESS TRUCKING, ET AL., | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

In accordance with the Findings of Fact and Conclusions of Law entered this date, it is

ORDERED, ADJUDGED and DECREED that the Plaintiffs Marilyn Matlock, Individually, and as representative of the estate of Dudley Mark Matlock, and as next friend for Rebecca Ruth Matlock and Paul Steven Matlock, jointly, recover from the Defendant Silas Brown, Individually and d/b/a Silas Express Trucking, the sum of $910,670.40.

SIGNED this 17th day of July, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE